# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:04-CR-00063-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| LARRY WAYNE AIKEN, | |
| **Defendant.** | |

**THIS MATTER** is before the Court on Defendant's pro se motion for various documents in his criminal case. (Doc. No. 48).

In his motion, Defendant requests the Court provide him a copy of the Order on Violation Report (Doc. No. 30), the Addendum to Supervised Release Violation Report (Doc. No. 37), and the Transcript of Revocation Hearing (Doc. No. 38).

Defendant has failed to demonstrate a particularized need for the requested documents. *See United States v. MacCollom*, 426 U.S. 317, 326-27 (1976) (holding that federal inmates are not entitled to transcripts at Government expense absent some showing of a particularized need); *United States v. Glass*, 317 F.2d 200, 202 (4th Cir. 1963) (prisoner not entitled to free copies of documents without a showing of need). If Defendant is still in need of these documents, he may obtain copies at his own expense or demonstrate a particularized need.

**IT IS THEREFORE ORDERED** that Defendant's motion for documents, (Doc. No. 48), is **DENIED.**

Signed: November 9, 2020

Kenneth D. Bell
United States District Judge